MCGREGOR W. SCOTT
United States Attorney
W. DEAN CARTER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
E-Mail:  dean.carter@usdoj.gov
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHILL N GO LIQUOR, et al., | CASE NO.  1:20-cv-1497-NONE-SKO |
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING DEFENDANT'S RESPONSE TO AMEND COMPLAINT** |
| v. | |
| UNITED STATES OF AMERICA, | (Doc. 11) |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant United States of America that Defendant's response to Plaintiffs' amended complaint is continued from January 22, 2021 to **March 23, 2021**.

Pursuant to Fed. R. Civ. P. 6(b), good cause exists for a continuation of the response to amended complaint.  The United States Department of Agriculture's Food and Nutrition Services ("FNS"), who is responsible for administering the Supplemental Nutrition Assistance Program ("SNAP") under which this case arises, is currently experiencing a severe backlog in preparing and creating administrative records for SNAP cases.  Consequently, FNS is unable to prepare its administrative record prior to the response deadline of January 22, 2021.  The United States believes that this record is necessary to adequately respond to Plaintiffs' amended complaint.  FNS anticipates that a 60-day extension of time

will be sufficient to prepare an administrative record.  No previous extensions of time have been sought in this case.

Dated: January 5, 2021             McGREGOR W. SCOTT
                                   United States Attorney

                         By:       /s/  W. Dean Carter
                                   W. DEAN CARTER
                                   Assistant United States Attorney

                                   Attorneys for Defendant
                                   UNITED STATES OF AMERICA


                         By:       /s/ Andrew Z. Tapp    (authorized on 1.4.21)
                                   ANDREW Z. TAPP
                                   Metropolitan Law Group, PLLC

                                   ZEIN E. OBAGI
                                   Obagi Law Group, P.C.

                                   Attorneys for Plaintiffs

## ORDER

Pursuant to the parties' above stipulation (Doc. 11), IT IS HEREBY ORDERED that Defendant United States of America's response to Plaintiffs' amended complaint is CONTINUED from January 22, 2021, to **March 23, 2021**.


IT IS SO ORDERED.

Dated:   **January 6, 2021**                  /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE