1  PHILLIP A. TALBERT
   United States Attorney
2  W. DEAN CARTER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:     dean.carter@usdoj.gov
   Telephone: (916) 554-2781
5  Facsimile:  (916) 554-2900

6  Attorneys for Defendant
   UNITED STATES OF AMERICA
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | CHILL N GO LIQUOR, et al.,          | No. 1:20-cv-01497-JLT-SKO
13 |                     Plaintiffs,     | **STIPULATION AND ORDER CONTINUING DISPOSITIVE MOTION DEADLINE; ORDER**
14 |         v.                          |
15 | UNITED STATES OF AMERICA,           | (Doc. 34)
16 |                     Defendants.     |

17

18                     **STIPULATION**

19   IT IS HEREBY STIPULATED, by and between Plaintiffs and Defendant United States of

20 America that the deadline to file dispositive motions is extended by thirty (30) days from March 17,

21 2022 to **April 18, 2022**.

22   Pursuant to Fed. R. Civ. P. 6(b), good cause exists for a thirty-day extension of time to file

23 dispositive motions. Plaintiff and Defendant are in active settlement negotiations and anticipate that a

24 settlement is likely. The parties, however, need additional time to complete negotiations. Additionally,

25 counsel for the United States will be out on paternity leave during the week of March 21. The Court

26 previously granted a stipulated motion for a thirty-day extension of the dispositive motion deadline on

27 December 2, 2021. ECF No. 31.

28

Dated: March 16, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ W. Dean Carter
W. DEAN CARTER
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

By: /s/ Andrew Z. Tapp   (authorized on 3/16/22)
ANDREW Z. TAPP
Metropolitan Law Group, PLLC

Attorneys for Plaintiffs

ORDER

Pursuant to the parties' foregoing stipulation (Doc. 34), and for good cause shown (*see* Fed. R. Civ. P. 16(b)(4)), it is hereby ORDERED that the case schedule (Doc. 31) is MODIFIED as follows:

1. The deadline to file dispositive motions is extended by thirty (30) days from March 17, 2022, to **April 18, 2022**; and

2. The Pre-Trial Conference is continued to **September 22, 2022**, at 8:15 AM.[1]

IT IS SO ORDERED.

Dated: **March 16, 2022**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties did not request a continuance of the Pre-Trial Conference, such continuance is necessary to allow the Court adequate time to rule on any dispositive motions and for the parties to prepare for the Conference.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28