Andrew Z. Tapp (FBN 68002)
Pro Hac Vice
andrew@metropolitan.legal
Metropolitan Law Group, PLLC
1971 W. Lumsden Road, #326
Brandon, FL 33511-8820
Telephone: (813) 228-0658
Facsimile: (813) 330-3129

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CHILL N GO LIQUOR**, a California Corporation, **FADI ELYAS ABBOUD**, an Individual, and **BILL MAIDA**, an Individual,
Plaintiffs,
v.
**UNITED STATES OF AMERICA**,
Defendant.

CASE NO. 1:20-cv-01497-JLT-SKO

**STIPULATION AND ORDER TO STAY ALL PENDING DEADLINES**

(Doc. 37)

IT IS HEREBY STIPULATED, by and between the Plaintiffs, Chill N Go Liquor, Fadi Elyas Abboud, and Bill Maida, and Defendant, United States of America, to stay all pending deadlines in this matter for forty-five (45) days.

Pursuant to Fed. R. Civ. P. 6(b), good cause exists for a forty-five day stay of all pending deadlines. The stay is necessary in light of the parties' settlement in principle, and the parties respectfully requests that the Court stay the case to allow the parties to complete the tentative settlement agreement. The Court previously granted a stipulated motion for a thirty-day extension of scheduling order deadlines on December 2, 2021. ECF No. 31. The Court also previously granted a stipulated motion for a thirty-day extension of the dispositive motion deadline on March 16,

2022. ECF No. 35.

Dated: April 18, 2022

Metropolitan Law Group, PLLC

*/s/ Andrew Z. Tapp*
Andrew Z. Tapp
Pro Hac Vice[1]

**COUNSEL FOR PLAINTIFFS**

Dated: April 18, 2022

PHILLIP A. TALBERT
United States Attorney

*/s/ W. Dean Carter*
W. Dean Carter
Assistant United States Attorney

**COUNSEL FOR DEFENDANT**

[1] The filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**ORDER**

Pursuant to the parties' above stipulation (Doc. 37), and for good cause shown, IT IS HEREBY ORDERED that all pending deadlines in this matter are STAYED for forty-five (45) days in light of the parties' settlement in principle and need for additional time to complete a settlement agreement. Pursuant to Local Rule 160, "[w]hen an action has been settled or otherwise resolved by agreement of the parties, . . . it is the duty of counsel to immediately file a notice of settlement[.]" E.D. Cal. L.R. 160(a).

Accordingly, **by no later than June 2, 2022,** the parties SHALL file either a notice of settlement or a joint status report apprising the Court on the status of the parties' settlement in principle.

IT IS SO ORDERED.

Dated: **April 19, 2022**

/s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE